**Opinion issued March 26, 2020**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00082-CR

_____

**ANTONIO GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Case No. 1550442**

---

## MEMORANDUM OPINION

This appeal was abated for failure to file an appellant's brief. Appellant,

Antonio Garcia, subsequently filed a motion for voluntary dismissal of this appeal.

The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and

no prior decision has issued. *See* TEX. R. APP. P. 42.2(a), (b). Accordingly, we

reinstate the appeal, grant the motion, and dismiss the appeal. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.

Do not publish. TEX. R. APP. P. 47.2(b).